United States District Court
Southern District of Texas

**ENTERED**

May 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PHILLIP MOTYKA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00112 |
| | § | |
| WARDEN FCI THREE RIVERS, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is Petitioner's 28 U.S.C. § 2241 habeas corpus action (D.E. 1). On April 16, 2026, United States Magistrate Judge Mitchel Neurock issued his "Memorandum and Recommendation of United States Magistrate Judge" (M&R, D.E. 12), recommending that Petitioner's action be dismissed. Petitioner timely filed his objections (D.E. 17) on April 27, 2026.

The Magistrate Judge recommends that this action be dismissed for lack of jurisdiction. That is because it challenges Petitioner's conditions of confinement rather than the duration of his incarceration. In particular, Petitioner complains of being dropped from the MAT drug treatment program, which he claims is medically necessary, because of false allegations that he was diverting his medication—a charge he claims is disciplinary in nature and which should have triggered due process rights to an opportunity to appear and be heard in opposition.

Rather than address the Magistrate Judge's jurisdictional analysis regarding the nature of the case as a conditions of confinement case improperly brought under the habeas corpus statute, Petitioner simply reurges the merits of his complaint. The objections are **OVERRULED** as failing to address the jurisdictional issue.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Petitioner's objections, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Petitioner's objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Petitioner's motion for appointment of counsel (D.E. 8) and motion for temporary restraining order (D.E. 11) are **DENIED AS MOOT** and this action is **DISMISSED WITHOUT PREJUDICE** as improperly filed under habeas corpus jurisdiction.

**ORDERED** on May 8, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

2 / 2